Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

JS6

Attorneys for Plaintiffs
Erick and Claudia Moreno

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ERICK AND CLAUDIA MORENO, <br><br> Plaintiffs, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC., et. al. <br> Defendants. | Case No.: 2:20-cv-04944-RGK-JC <br><br> [PROPOSED] ORDER [36] |

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendants Adir International, LLC and Curacao, LTD are dismissed with prejudice and plaintiffs Erick and Claudia Moreno and Defendants Adir International, LLC, and Curacao, LTD shall bear their own attorneys' fees and costs.

As no defendants remain, the Clerk shall close this action.

IT IS SO ORDERED.

DATED: October 16, 2020

_____
Hon. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1